UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 2:14-CR-0034-JLQ |
| Plaintiff, ) | |
| ) | SUPPLEMENTAL MEMORANDUM |
| vs. ) | |
| DENNIS HOWARD ESTEPP, ) | |
| Defendant. ) | |

   In order that this court's Order Granting MotionTo Continue (ECF 22) filed on May 5, 2014 not be misconstrued the court files this Supplemental Order.

   Nothing in the Order Granting Motion To Continue (ECF 22) should be construed as a finding by the court that attorney Jamie Hawk intentionally attempted to mislead the court. The court did not, and does not, make such a finding.

   The Clerk shall enter this Order and furnish copies to counsel and Ms. Hawk.

   Dated this 23rd day of May, 2014.

                    s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
                 SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1